## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS STALLINGS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XCERRA CORPORATION, ROGER W. BLETHEN, DAVID G. TACELLI, MARKS. AIN, ROGER J. MAGGS, JORGE TITINGER, and BRUCE R. WRIGHT,<br><br>Defendants. | Civil Action No. 1:17-cv-11579-GAO<br><br>The Honorable George A. O'Toole Jr. |

## STIPULATION AND ORDER CONCERNING
## PLAINTIFFS' VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the stipulations of all parties who have appeared in the above case, **IT IS HEREBY ORDERED**:

1.      The above action is voluntarily DISMISSED WITH PREJUDICE as to the above named plaintiff only and DISMISSED WITHOUT PREJUDICE as to any members of the putative class.

2.      This Court retains continuing jurisdiction for purposes of entertaining a mootness fee application in connection with plaintiff's claim for fees and expenses, if such an application becomes necessary.

SO ORDERED


 /s/ George A. O'Toole, Jr.        11/13/2017
HON. George A. O'Toole Jr.


Dated: November 1, 2017

OF COUNSEL:

**LEVI & KORSINSKY LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
(202) 524-4290

**MATORIN LAW OFFICE, LLC**

By:     */s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, MA 02842
(781) 453-1000
mmatorin@matorinlaw.com

*Attorneys for Plaintiff*


**WILMER CUTLER PICKERING HALE
AND DORR**

By:     */s/ Daniel W. Halston*
Daniel W. Halston (BBO# 548692)
60 State Street
Boston, Ma 02109
(617) 526 6654

*Attorneys for Defendants*

2